HELEN HARRINGTON, as Administratrix of the Estate of MARTIN HARRINGTON, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued October 2, 1930; decided October 21, 1930.)

*W. Earle Costello* for appellant.
*Pierre W. Evans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.